

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The reporter's record was originally due September 19, 2022, but was not filed. On October 28, 2022, the court reporter filed a notification of late record, requesting an extension until October 31, 2022 to file the record. On October 31, 2022 the court reporter filed the record. We therefore **DENY** the request as **MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court